IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON WALDEN, et al.,<br><br>              Plaintiff,<br>    vs.<br><br>JANE MOFFETT, et al.,<br><br>              Defendant. | No. CV-F-04-6680 REC/DLB<br><br>ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE FOURTH AMENDED COMPLAINT TO MAY 30, 2006 |

    The court is advised that by the courtroom deputy that Plaintiffs inadvertently were not served with the "Order Granting Defendants' Motion to Dismiss Second and Fourth Claims for Relief in Third Amended Complaint and Directing Plaintiffs to File Fourth Amended Complaint Within 30 Days of Filing Date of Order" filed on April 12, 2006 until April 28, 2006. Consequently, the court extends the time for the filing of the Fourth Amended Complaint to Tuesday, May 30, 2006.

    No further extensions of time to comply with the Order will be granted. Failure to timely comply will result in the

1

1  dismissal of the Second and Fourth Claims for Relief.
2       IT IS SO ORDERED.
3  668554**Dated:  May 10, 2006**              **/s/ Robert E. Coyle**
                                          UNITED STATES DISTRICT JUDGE