IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON WALDEN; and COREY VICTOR, by and through his Guardian ad Litem JUMOKE WALDEN,<br><br>    Plaintiffs,<br><br>   v.<br><br>JANE MOFFETT, et al.,<br><br>    Defendants. | CV F 04-6680  AWI DLB (NEW DJ)<br><br>ORDER VACATING JULY 24, 2006, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss and motion to strike have been set for hearing in this case on July 24, 2006. Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than July 10, 2006. Plaintiffs failed to do so.

    Due to Plaintiffs' failure to file a timely opposition or notice of non-opposition, they are in violation of the Local Rules. See 78-230(c). Plaintiffs are further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

//

1   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 24,
2   2006,  is VACATED, and no party shall appear at that time.  As of July 24, 2006,  the court will
3   take the matter under submission, and will thereafter issue its decision.

5   IT IS SO ORDERED.

6   **Dated:     July 18, 2006**                              **/s/ Anthony W. Ishii**
    0m8i78                                              UNITED STATES DISTRICT JUDGE

daw                                    2