IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY VICTOR, a minor, JUKOME WALDEN, and EON WALDENRIX FINANCIAL SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JANE MOFFETT, et al.,<br><br>Defendants. | CV F 04-6680 AWI DLB<br><br>ORDER APPOINTING JUMOKE WALDEN AS GUARDIAN FOR COREY VICTOR<br><br>ORDER ADVISING PLAINTIFFS THAT THEY CANNOT IN PRO PER REPRESENT A MINOR |

In this action, Plaintiffs allege racial and religious discrimination. On February 7, 2007, the court received an application for the court to appoint Plaintiff Jumoke Walden as guardian for Plaintiff Corey Victor. The application states that Plaintiff Walden is minor Cory Victor's Uncle, with whom minor Cory Victor has resided. Plaintiff Walden states that he has signed all case related documents during this action , but he needs an official court order appointing him as minor Cory Victor's guardian.

Good cause having been presented to the court, the court find it is reasonable and necessary to appoint a guardian ad litem for minor Cory Victor. The court ORDERS that Jamoke Walden is HEREBY APPOINTED as the guardian for minor Cory Victor.

In making this order, Jamoke Walden is being appointed as minor Cory Victor's guardian only. Jamoke Walden may not act as Cory Victor's attorney. Although a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him. McShane v.

United States, 366 F.2d 286, 288 (9th Cir. 1966). "A litigant appearing in propria persona has no authority to represent anyone other than himself." Russell v. United States, 308 F.2d 78, 79 (9th Cir.1962). Non-attorney litigants may not represent others. Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir.1997); Church of the New Testament v. U.S., 783 F.2d 771, 774 (9th Cir. 1986). As such, a parent or guardian ad litem cannot bring an action on behalf of a minor child without retaining a lawyer. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir.1997).

Accordingly, Jumoke Walden is appointed as guardian for Cory Victor in this action. However, Jumoke Walden may not proceed in this action as Cory Victor's attorney.

IT IS SO ORDERED.

**Dated:   February 9, 2007**          /s/ **Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE