IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON WALDEN; AND COREY VICTOR by and through his Guardian ad Litem JUMOKE WALDEN, et al, <br><br> Plaintiffs, <br> vs. <br><br> JANE MOFFETT, et al, <br><br> Defendants. _____/ | CASE NO. CV F 04-06680-LJO- DLB <br><br> **ORDER REFUSING PROPOSED ORDER AND REQUIRING A PETITION FOR MINOR COMPROMISE** |

The Court has received and reviewed the Stipulation of Dismissal and Proposed Order filed on March 20, 2007 by the parties in this action. This Court will not dismiss this case until a Petition for Minor's Compromise has been filed and approved. Therefore, this Court:

1) Will not now dismiss this case pursuant to the submitted stipulation; and

2) ORDERS the guardian ad litem, Jumoke Walden, to file a Petition for Minor's Compromise within 20 calendar days from the date of this order. The Court further sets a status conference in this case, either to deal with the minor's compromise petition or to discuss with the Guardian Ad Litem why a petition has not been filed on May 2, 2007 at 8:45 a.m. in Courtroom of the Federal Courthouse on the 7th floor.

IT IS SO ORDERED.

**Dated:    March 23, 2007             /s/ Lawrence J. O'Neill**
b9ed48                            UNITED STATES DISTRICT JUDGE