# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON WALDEN; AND COREY VICTOR by and through his Guardian ad Litem JUMOKE WALDEN, et al,<br><br>Plaintiffs,<br>vs.<br><br>JANE MOFFETT, et al,<br><br>Defendants.<br>_____/ | CASE NO. CV F 04-06680-LJO- DLB<br><br>**ORDER IN RESPONSE TO**<br>**PETITION FOR MINOR COMPROMISE** |

The Court has received and reviewed the Petition for Minor's Compromise. The Court NOTES the following:

    I.    There appears to be no legal representation on behalf of the minor;[1]

    II.    The Guardian Ad Litem does not indicate any experience or training in evaluating the worth of a case;

    III.    The Court does not have sufficient information itself to evaluate and/or determine if the settlement is appropriate;

    IV.    2/15 of the minor's monies have been distributed without any authority to do so;

    V.    Apparently monies were paid in spite of the fact that nobody has authority to execute a release on behalf of the minor; and

---

[1] Refer to Order Granting Guardian Ad Litem (Doc. 69, 2/07/07) and Amended Order Granting Guardian Ad Litem (Doc. 74, 3/06/07).

    VI.    The remaining 13/15 of the money paid is not in a blocked account for the protection of the minor.

Therefore, this Court ORDERS

    I.    The Petition for the Minor's Compromise is DENIED;

    II.    The request and stipulation to dismiss this case (Doc. 79) is DENIED;

    III.    The status conference currently set for May 8, 2007 at 8:30 a.m. is VACATED; and

    IV.    Counsel for the Defendants, as well as the Guardian Ad Litem, are to submit a status statement to the Court within 15 court days stating what, if anything, they plan to do to bring this matter to a legal conclusion.

IT IS SO ORDERED.

**Dated:   May 2, 2007**                                           /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE