| | |
|---|---|
| 1   Michael G. Woods, # 058683-0 | (SPACE BELOW FOR FILING STAMP ONLY) |
|     William H. Littlewood, # 202877 | |
| 2   McCormick, Barstow, Sheppard, | |
|     Wayte & Carruth LLP | |
| 3   P.O. Box 28912 | **FILED** |
|     5 River Park Place East | |
| 4   Fresno, CA  93720-1501 | JUL 1 2 2007 |
|     Telephone:    (559) 433-1300 | |
| 5   Facsimile:     (559) 433-2300 | CLERK, U.S. DISTRICT COURT |
|     | EASTERN DISTRICT OF CALIFORNIA |
| 6   Attorneys for MODESTO CITY SCHOOLS; JANE | BY_____ |
|     MOFFETT; MARIE LAGOS; JAMES ENOCHS; and | DEPUTY CLERK |
| 7   JIM PFAFF | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| EON WALDEN; and COREY VICTOR, by and through his Guardian ad Litem JUMOKE WALDEN, on behalf of themselves and all individuals similarly situated, | Case No.  1:04-CV-06680-LJO-DLB |
| | **STIPULATION OF DISMISSAL OF EON WALDEN'S CLAIMS, ONLY; ORDER THEREON** |
| Plaintiffs | |
| v. | |
| JANE MOFFETT, individually, and in her capacity as Principal at Sonoma Elementary School; MARIE LAGOS, individually, and in her capacity as teacher at Sonoma Elementary School; James ENOCHS, individually, and in his capacity as Superintendent of Modesto City Schools; JIM PFAFF, individually, and in his capacity as Assistant Superintendent of Modesto City Schools; SHARON FELIX-ROCHON, individually, and in her capacity as Director, Office of Equal Opportunity; the CALIFORNIA DEPARTMENT OF EDUCATION and Does 1-100, | |
| Defendants | |

1   The parties, Plaintiff, EON WALDEN, only ("PLAINTIFF"), and Defendants, MODESTO CITY SCHOOLS; JANE MOFFETT; MARIE LAGOS; JAMES ENOCHS; and JIM PFAFF (hereinafter collectively referred to as "DEFENDANTS"), have reached a settlement among them in the above-captioned action. The terms of that settlement are embodied in a separately executed Settlement Agreement and Release executed by each of the parties. The parties have agreed to maintain the confidentiality of said Settlement Agreement and Release.

Pursuant to the settlement, PLAINTIFF, on behalf of herself, and DEFENDANTS, by and through their attorney of record, hereby stipulate to dismiss the entire above-captioned action and all claims for relief stated therein as to PLAINTIFF, only, *with prejudice*, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and fees incurred in connection with this action, including attorneys' fees.

**IT IS SO STIPULATED.**

Dated: June 30, 2007

By: _____/s/Eon Walden_____
Plaintiff EON WALDEN, on behalf of herself in *pro se*

Dated: May 30, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/s/ William H. Littlewood_____
William H. Littlewood
Attorneys for Defendants
MODESTO CITY SCHOOLS; JANE MOFFETT; MARIE LAGOS; JAMES ENOCHS; and JIM PFAFF

## **ORDER**

In light of the foregoing stipulation of the Parties, and good cause appearing thereof, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. Case No. CIV-F-04-6680 AWI/DLB is dismissed *with prejudice* as to PLAINTIFF EON WALDEN, only, and as to all claims alleged by her in the operative Complaint thereof.

2. Each party shall bear its own costs, attorneys' fees and other fees incurred in connection with this action.

**IT IS SO ORDERED.**

Dated: July 12, 2007

LAWRENCE J. O'NEILL
United States District Court Judge for the
Eastern District of California

57732/00008-1100566.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION OF DISMISSAL; ORDER THEREON 1:04-CV-06680-LJO-DLB