# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON WALDEN; AND COREY VICTOR by and through his Guardian ad Litem JUMOKE WALDEN, et al, | Case No. CV F 04-06680-LJO-DLB |
| Plaintiffs, | ORDER APPROVING EXTENSION OF TIME TO FILE PETITION FOR MINOR'S COMPROMISE |
| vs. | |
| JANE MOFFETT, et al, | |
| Defendants. | |

Having read and reviewed the stipulation of the parties and good cause appearing therefore, the Court hereby grants the requested extension of time for preparation of the Petition for Minor's Compromise and orders that said Petition shall be filed and served no later than August 3, 2007.

IT IS SO ORDERED.

Dated:   July 18, 2007             /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE