**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EON WALDEN, AND COREY VICTOR, by JUMOKE WALDEN, guardian,<br><br>               Plaintiffs,<br><br>   vs.<br><br>JANE MOFFETT, et. al.,<br><br>               Defendants.<br>                                           / | CASE NO. CV-F-04-6680 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PETITION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(Doc. 94.) |

     This 42 U.S.C. § 1983 action arising from the alleged deprivation of minor plaintiff Corey Victor's ("Corey") constitutional and statutory rights, was filed by Corey and his guardian ad litem Jumoke Walden ("Petitioner") and Eon Walden, Corey's maternal grandmother (collectively "plaintiffs"). Plaintiffs seek this Court's approval of a $15,000.00 compromise settlement for Corey for his claims against defendants Modesto City Schools, Jane Moffett, Marie Lagos, James Enochs and Jim Pfaff (collectively "defendants"). The Magistrate Judge held a hearing on the Petition for Minor's Compromise on September 14, 2007.

     On September 20, 2007, the Magistrate Judge filed Findings and Recommendations herein which

was served on the parties. The Court set no deadline for objections because the parties agreed to the terms of the settlement.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations, filed September 20, 2007 are adopted in full;
2. The Petition for Approval of Minor's Compromise is GRANTED;
3. Corey's $13,349.00 share shall be deposited into a federally insured blocked account and not withdrawn without a court order or until Corey reaches the age of majority; and
4. Attorney's fees in the amount of $1,650.00 shall be paid to counsel, Randall Richmond.

IT IS SO ORDERED.

**Dated:    September 25, 2007**                    **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE